■ The People of the State of New York, Respondent, v Cesar Montalvo, Appellant.—Judgment, Supreme Court, Bronx County (Elbert Hinkson, J.), rendered on September 15, 1986, unanimously affirmed, and appellant's motion for leave to serve and file a supplemental *pro se* brief is denied. No opinion. Concur—Murphy, P.J., Ross, Kassal, Rosenberger and Ellerin, JJ.

■ Mindy Hymowitz, Respondent, v Eli Lilly & Company et al., Appellants, et al., Defendants. Attorney-General of the State of New York, Intervenor-Respondent.—Order, Supreme Court, New York County (Ira Gammerman, J.), entered on July 21, 1987, unanimously affirmed for the reasons stated by Ira Gammerman, J., without costs and without disbursements. Concur—Kupferman, J. P., Asch, Rosenberger, Ellerin and Smith, JJ. *[See,* 136 Misc 2d 482.]

■ Moses Dyckman, Respondent, v 810 Associates, Appellant.—Order, Supreme Court, New York County (Robert Lippman, J.), entered on August 28, 1987, unanimously affirmed for the reasons stated by Robert Lippman, J. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Sandler, Carro, Rosenberger and Smith, JJ.

■ Robert L. Connors, on Behalf of Himself and All Other Former Employees of the New York City Police Department Similarly Situated, Appellant, v Benjamin Ward, as Police Commissioner of the City of New York and as Chairman of the Board of Trustees of the Police Pension Fund, Article II, et al., Respondents.—Judgment, Supreme Court, New York County (Walter Schackman, J.), entered on January 26, 1987, unanimously affirmed for the reasons stated by Walter Schackman, J., without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Kassal, JJ.